# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: NELSON RODRIGUEZ ORTIZ

Bkrtcy. No. 10-11576-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Dec 10, 2010 | Meeting Date: Jan 14, 2011 | DC Track No. 5 |
| Days from petition date: 35 | Meeting Time: 8:00 AM | |
| 910 Days before Petition: 6/13/2008 | ☐ Chapter 13 Plan Date: Dec 10, 2010 Dkt.# 2 | ☐ Amended. |
| This is debtor(s) 1st Bankruptcy petition. | Plan Base: $4,500.00 | |
| This is the 1st Scheduled Meeting | Confirmation Hearing Date: Feb 09, 2011 | Time: 2:00 PM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No.    Date    Amount | Total Paid In: $125.00 |

### I. Appearances:
☐ Telephone ☐ Video Conference    ☐ Creditor(s) present:  ☒ None.
☒ Debtor Present    ☒ ID & Soc. OK    ☐ Debtor Absent
☐ Joint Debtor Present    ☐ ID & Soc. OK    ☐ Joint Debtor Absent
Debtor(s) was/were ☒ Examined    ☐ Not Examined under oath.
Attorney for Debtor(s) ☒ Present    ☐ Not Present
☐ Substitute attorney: _____    ☐ Pro-se.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: **LUIS J CUEVAS FONTAN***
Total Agreed: $3,000.00    Paid Pre-Petition: $300.00    Outstanding: $2,700.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear;    ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☒ Under    ☐ Above Median Income.    Liquidation Value: TBD
Commitment Period is ☒ 36    ☐ 60 months.    [§1325(b)(1)(B)] Gen. Unsecured Pool: 0
The Trustee ☐ RECOMMENDS    ☒ OBJECTS    Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: _____

### V. Trustee's OBJECTIONS to Confirmation:
☐ FEASIBILITY [§1325(a)(6)]    ☒ INSUFFICIENTLY FUNDED    ☐ To pay §507    ☒ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS    ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements    ☐ Plan not filed in Good Faith §1325(a)(3)    ☐ Unfair Discrimination §1322(a)(3)

ADDITIONAL OBJECTIONS / COMMENTS:
1) Trustee will review exemptions to the home. Debtor's ex-wife (09-06440) has a parallel bankruptcy procedure and took exemption.

/s/ José R. Carrión
Trustee    Presiding Officer    Page 1 of 1    Date: Jan 14, 2011