IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO.   10-11576 ESL |
| NELSON RODRIGUEZ ORTIZ | CHAPTER   13 |
| DEBTOR (S) | |

**PROPOSED AMENDEDMENTS TO
SCHEDULES B**

**TO THE HONORABLE COURT**:

     **COME(S) NOW DEBTOR(S),** represented by the undersign counsel and respectfully **ALLEGE(S)** and **PRAY(S)** as follows:

1. Debtor(s) intend to amend Schedules B and C for the following reasons:

**SCHEDULE B – PERSONAL PROPERTY -** *TO WITHDRAW 2002 FORD EXPLORER WHICH BELONGS TO FORMER SPOUSE WHO TOOK FULL EXEMPTION UNDER HER BANKRUPTCY CASE #09-06440 SEK .*

     **WHEREFORE,** it is respectfully requested from this Honorable Court to approve the above indicated amendments.

     **IN SAN JUAN, PUERTO RICO,** this 7th day of February of 2011.

     **I HEREBY CERTIFY:** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to Mr. Jose R Carrion, Chapter 13 Trustee, and we sent copy of this document through regular mail to Debtor(s) and all non-CM/ECF participant interested parties to their address listed on the master address list.

                                            **/s/LUIS J CUEVAS FONTAN
ATTORNEY FOR DEBTOR
USDC PR 226806**
P.O. Box 195143
 San Juan, Puerto Rico 00919-5143
Tel  (787) 767-9174
Fax (787) 767-9178
ljcuevasesq@yahoo.com

IN RE RODRIGUEZ ORTIZ, NELSON     Case No. **10-11576-13**

           Debtor(s)                                                (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BPPR SAVINGS ACCT # 650475017 | | 50.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | FURNITURE | | 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | CLOTHING | | 400.00 |
| 7. Furs and jewelry. | | JEWELRY | | 300.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE RODRIGUEZ ORTIZ, NELSON                                    Case No. 10-11576-13
_____
                     Debtor(s)                                                    (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 NISSAN PATHFINDER | | 5,095.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

**IN RE RODRIGUEZ ORTIZ, NELSON**                                      Case No. **10-11576-13**
_____                    _____
Debtor(s)                                                              (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **6,345.00** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO.     10-11576 ESL |
| NELSON RODRIGUEZ ORTIZ | CHAPTER     13 |
| DEBTOR (S) | |

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

Debtor(s) attorney informs:

1.     That on this same date undersigned counsel circulated   the Proposed
Amendments to:

Mr. Jose R Carrion, Chapter 13 Trustee, and we sent copy of this document
through regular mail to Debtor(s) and all non-CM/ECF participant interested parties to their
address listed on the master address list.

**RESPECTFULLY SUBMITTED.**

**IN SAN JUAN, PUERTO RICO,** this 7th day of February of 2011.

**/s/LUIS J CUEVAS FONTAN**
**ATTORNEY FOR DEBTOR**
**USDC PR 226806**
P.O. Box 195143
San Juan, Puerto Rico 00919-5143
Tel (787) 767-9174
Fax(787) 767-9178
ljcuevasesq@yahoo.com

**RODRIGUEZ ORTIZ, NELSON**
CALLE 10 # JA4 ALTURAS DE CANA
BAYAMON, PR  00957

**SANTANDER FINANCIAL**
PO BOX 362589
SAN JUAN, PR  00936-2589

**Luis J. Cuevas-Fontan**
PO Box 195143
San Juan, PR  00919-5143

**WESTERNBANK**
PO BOX 430
MAYAGUEZ, PR  00681-0430

**BPPR**
PO BOX 70100
SAN JUAN, PR  00936-8100

**COMMOLOCO**
PO BOX 41012
MINILLAS STATION
SAN JUAN, PR  00940

**DEPT OF TEASURY**
PO BOX 9024140
SAN JUAN, PR  00902-4140

**FORD MOTOR CREDIT**
PO BOX 537901
LIVONIA, MI  48153

**METLIFE**
PO BOX 6171
UTICA, NY  13504-6171

**NCO PTM/22**
507 PRUDENTIAL RD
HORSHAM, PA  19044

**ONELINK COMMUNICATIONS**
PO BOX 192296
SAN JUAN, PR  00918-2296

**RG PREMIER BANK**
PO BOX 2510
GUAYNABO, PR  00970