IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NUMBER: 10-11576 ESL |
|---|---|
| NELSON RODRIGUEZ ORTIZ | CHAPTER 13 |
| DEBTOR(S) | |

## PROPOSED AMENDMENT TO CHAPTER 13 PLAN

**TO THE HONORABLE COURT**:

 **COME(S) NOW DEBTOR**(S), represented by the undersigned counsel and very respectfully **ALLEGE(S)** and **PRAY(S)** as follows:

1. Debtor(s) intend(s) to amend the Chapter 13 Plan for the following reason:

   *TO INCREASE PLAN BASE SO IT COVERS DEPARTMENT OF TREASURY PRIORITY DEBT.*

 **WHEREFORE**, it is respectfully requested of this Honorable Court to approve the above indicated amendment.

 **IN SAN JUAN, PUERTO RICO**, this 8th day of February of 2011.

 **I HEREBY CERTIFY**: that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to United States Trustee, Mr. Jose R Carrion, Chapter 13 Trustee, and we sent copy of this document through regular mail to Debtor(s) and all non-CM/ECF participant interested parties to their address listed on the master address list.

  /s/LUIS J CUEVAS FONTAN
  **ATTORNEY FOR DEBTOR**
  **USDC PR 226806**
  P.O. Box 195143
  San Juan, Puerto Rico 00919-5143
  Tel (787) 767-9174
  Fax(787) 767-9178
  ljcuevasesq@yahoo.com

# United States Bankruptcy Court
# District of Puerto Rico

IN RE: **RODRIGUEZ ORTIZ, NELSON**
Debtor(s)

Case No. **10-11576-13**
Chapter **13**

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **2/08/2011**
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **125.00** x **49** = $ **6,125.00**
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ **6,125.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **6,125.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,700.00**

Signed: **/s/ NELSON RODRIGUEZ ORTIZ**
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☑ Debtor represents no secured claims.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
☐ Paid 100% / ☐ Other: ___
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**ATTORNEY FEES WILL BE PAID BEFORE TAXES AND CREDITORS. DEBTOR AGREES TO LIFT THE STAY IN FAVOR OF BPPR FOR HOME MORTGAGE ACCT #0000577040, AND IN FAVOR OF FORD MOTOR CREDIT AUTO LOAN #4009 ((NISSAN PATHFINDER 1999)**

Attorney for Debtor **Luis J. Cuevas-Fontan** Phone: **(787) 767-9174**

AMENDED CHAPTER 13 PAYMENT PLAN

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NUMBER: 10-11576 ESL |
| NELSON RODRIGUEZ ORTIZ | CHAPTER 13 |
| DEBTOR(S) | |

## NOTICE OF FILING AMENDED PLAN

TO ALL THE CREDITORS LISTED ON THE ATTACHED MASTER ADDRESS LIST

NOTICE IS HEREBY GIVEN THAT DEBTOR(S) FILED THE ATTACHED PROPOSED AMENDED PLAN ON   February 8, 2011

PARTIES IN INTEREST ARE NOTIFIED THAT THEY HAVE TWENTY (20) DAYS

TO REJECT A PROPOSED AMENDED PLAN AND REQUEST A HEARING.

ABSENT GOOD CAUSE, UNTIMELY REJECTIONS SHALL BE DENIED.

## CERTIFICATE OF SERVICE

IS HEREBY CERTIFY THAT THE PARTIES SERVED ARE THOSE MENTIONED

ON THE ATTACHED MASTER ADDRESS LIST.

IN SAN JUAN, PUERTO RICO, this 8th day of February of 2011.

/s/LUIS J CUEVAS FONTAN
Attorney for Debtor
USDC PR 226806
P.O. Box 19-5143
San Juan, Puerto Rico 00919-5143
Tels.  (787)767-9174
 Fax   (787)767-9198
ljcuevasesq@yahoo.com

| | |
|---|---|
| RODRIGUEZ ORTIZ, NELSON<br>CALLE 10 # JA4 ALTURAS DE CANA<br>BAYAMON, PR  00957 | SANTANDER FINANCIAL<br>PO BOX 362589<br>SAN JUAN, PR  00936-2589 |
| Luis J. Cuevas-Fontan<br>PO Box 195143<br>San Juan, PR  00919-5143 | WESTERNBANK<br>PO BOX 430<br>MAYAGUEZ, PR  00681-0430 |

BPPR
PO BOX 70100
SAN JUAN, PR  00936-8100

COMMOLOCO
PO BOX 41012
MINILLAS STATION
SAN JUAN, PR  00940

DEPT OF TEASURY
PO BOX 9024140
SAN JUAN, PR  00902-4140

FORD MOTOR CREDIT
PO BOX 537901
LIVONIA, MI  48153

METLIFE
PO BOX 6171
UTICA, NY  13504-6171

NCO PTM/22
507 PRUDENTIAL RD
HORSHAM, PA  19044

ONELINK COMMUNICATIONS
PO BOX 192296
SAN JUAN, PR  00918-2296

RG PREMIER BANK
PO BOX 2510
GUAYNABO, PR  00970